### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sumaya Hussein

                        Plaintiff,

v.                                                       Case No.: 1:23–cv–16931
                                                                      Honorable Robert W. Gettleman

Deckers Outdoor Corporation

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 6, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: On plaintiff's Notice of Settlement [7], this case is dismissed without prejudice, with leave to reinstate on or before 4/22/2024. If a motion to reinstate is not filed on or before 4/22/2024, the dismissal will automatically convert to with prejudice without further order of court. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.